IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FLOYD M. REID, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-1641-AC |
| ) | |
| v. ) | O R D E R |
| ) | |
| EVERGREEN AVIATION GROUND ) | |
| LOGISTICS ENTERPRISE INC., a Delaware ) | |
| corporation; ET AL., ) | |
| ) | |
| Defendants. ) | |

Matthew B. Duckworth
Richard C. Busse
R. Kyle Busse
BUSSE & HUNT
621 S.W. Morrison, Suite 521
Portland, OR 97205

   Attorneys for Plaintiff

Jennifer Lyn Bouman
BULLARD SMITH JERNSTEDT WILSON
1000 S.W. Broadway, Suite 2900
Portland, OR 97205

Douglas W. Hall
FORD & HARRISON LLP
1300 19th Street N.W., Suite 700
Washington, D.C. 20036

    Attorneys for Defendants

JONES, Judge:

Magistrate Judge John V. Acosta filed Findings and Recommendation (#37) on November 21, 2008, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Acosta's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (#37) dated November 21, 208, in its entirety. Defendants' motion (#20) for summary judgment is granted as to plaintiff's claim of race discrimination and common law discharge. Defendants' motion for summary judgment as to plaintiff's claims of wrongful termination under OR. REV. STAT. § 654.062 misrepresentation is denied. Defendant's motion for summary judgment on plaintiff's claims of aiding and abetting and wrongful termination

under OR. REV. STAT. § 654.062 as to Smith individually is granted. Defendant's motion to exclude reinstatement and compensatory damages for lost wages is granted.

IT IS SO ORDERED.

DATED this _20_ day of January, 2009.

                                        ROBERT E. JONES
                                        U.S. District Judge